No. 77-5706. CHICO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77-6215. GREEN ET AL. v. HESS, ACTING WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77-6221. SWINNEN v. DEES, WARDEN. Sup. Ct. La. Certiorari denied.

No. 77-6252. TYLER v. CALLAHAN, ASSISTANT CIRCUIT ATTORNEY, CITY OF ST. LOUIS, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 77-6261. ANGUISH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77-6307. McCRAVY v. LANE, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 77-6309. FAHRIG ET AL. v. CUMMING ET AL. C. A. 6th Cir. Certiorari denied.

No. 77-6366. ERICKSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77-6387. JAFFESS v. SCHAFFNER ET AL. C. A. 2d Cir. Certiorari denied. 

No. 77-6389. PARTAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77-6410. SLUK v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. 

No. 77-6416. JAMES v. HOGAN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 77-6425. OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77-6432. SLOCUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.